## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-10284-tmd |
| | § | |
| ADAM DWAYNE FONTENOT, | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
## AND FIRST REQUEST FOR ATTORNEY FEES

Came on to be considered by the Court the *Debtor's Motion to Modify Confirmed Plan* filed by the Debtor.

The Court, having considered the *Motion* and finding that all parties have been given notice and opportunity for hearing on the *Motion*, and upon consideration of the grounds set forth in the *Motion*,

IT IS FURTHER ORDERED that the 2013 Polaris 500HO ATV of Debtor's is

surrendered to Model Finance Company. Model Finance Company shall file with this Court, and submit to the Chapter 13 Trustee and Debtor for review, a Proof of Claim regarding any deficiency unsecured claim as a result of the surrender of the above stated vehicle. Model Finance Company shall file such deficiency Proof of Claim no later than 90 days from the date of this order pursuant to the Standing Order Regarding Deficiency Claims, otherwise, the deficiency Proof of Claim by Model Finance Company shall be considered untimely and forever barred.

IT IS, THEREFORE, ORDERED that the Post-Confirmation Modification be approved. The Debtor shall make payments of $3,180.00 for 51 months beginning in month 10 of the plan which is December 2017. The new base amount is $182,350.00 (which is $18,960 total paid through November 2017, ((months 1-9) $18,960 + $163,490 ($3,180.00 new plan payment x 51 months remaining)) which provides a dividend to unsecured creditors of 100%.

FURTHER ORDERED that the gross amount of payments into the plan including payments already made shall not be less than $182,350.00.

FURTHER ORDERED that the Debtors shall pay $650.00 of supplemental attorney fees for the filing of the Motion to Modify to be paid through the plan to attorney S. Jason Gallini at $200.00 per month. The plan base shall increase by the amount of the awarded attorney's fees.

###

Approved:

*/s/ Jason Gallini*
**S. Jason Gallini**
TSBN: 24044887
Gallini Law, PLLC
1000 Heritage Center Circle
Round Rock, Texas 78680
jasongallini@gallinilaw.com
*Attorney for Debtor*


_____
Deborah Langehennig
Chapter 13 Trustee